## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 09-32523 LMI  
**Case Name:** PIEDRA, RENE  
**Period Ending:** 06/30/10

**Trustee:** (290830)   Barry E. Mukamal  
**Filed (f) or Converted (c):** 10/19/09 (f)  
**§341(a) Meeting Date:** 11/25/09  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7618 SW 102 ST. , UNIT 410, MIAMI FL 33156 | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | SUNTRUST CHECKING | 1,200.00 | 0.00 | | 0.00 | 1,200.00 |
| 4 | COMPUTER | 900.00 | 0.00 | | 0.00 | 900.00 |
| 5 | BOOKS AND ART OBJECTS | 120.00 | 0.00 | | 0.00 | 120.00 |
| 6 | WEARING APPAREL | 20.00 | 0.00 | | 0.00 | 20.00 |
| 7 | WATCH | 35.00 | 0.00 | | 0.00 | 35.00 |
| 8 | INTEREST IN DENTAL OFFICE | 0.00 | Unknown | | 0.00 | Unknown |
| 9 | HOME DEPOT INC. - COMPUTER SHARE | 97.51 | Unknown | | 0.00 | Unknown |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$2,392.51** | **$0.00** | | **$0.00** | **$2,275.00** |

**Major Activities Affecting Case Closing:**

01/25/10 - Court order granting employment of Trustee's attorney Frank Terzo.

The 341 meeting of creditors has been resheduled a numerous amount of times due to different issues.  The trustee has begun the Rule 2004 and 7030 examination of the debtor, but due to the large amount of issues to be covered did not conclude the examination.

The trustee, though his attorney, is currently negotiating a settlement with the debtor.

Printed: 07/19/2010 07:14 PM    V.12.08

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-32523 LMI  
**Case Name:** PIEDRA, RENE  

**Trustee:** (290830)  Barry E. Mukamal  
**Filed (f) or Converted (c):** 10/19/09 (f)  
**§341(a) Meeting Date:** 11/25/09  

**Period Ending:** 06/30/10  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2011    **Current Projected Date Of Final Report (TFR):** June 30, 2011

_____   July 22, 2010  
Date

/s/ Barry E. Mukamal  
_____  
Barry E. Mukamal